IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG VIET VU,

    Petitioner,      No. CIV S-07-0495 MCE GGH P

  vs.

RICHARD KIRKLAND, et al.,

    Respondent.      <u>ORDER</u>

_____/

    On May 9, 2007, the parties filed a joint scheduling statement. After reviewing this document, the court makes the following ORDERS:

    1. On or before July 8, 2007, petitioner shall file either a statement stating that he will stand on the existing petition, an exhausted amended petition, or an amended petition identifying exhausted and unexhausted claims and a request to stay this action pending further exhaustion; if petitioner files an exhausted petition or statement that he will proceed on the existing petition, respondent's response is due sixty days thereafter and petitioner' reply is due thirty days thereafter; if petitioner files a request to stay proceedings pending further exhaustion, respondent shall file either a statement of opposition or non-opposition within thirty days thereafter;

/////

1

2.  Any request by petitioner for discovery or an evidentiary hearing shall be filed on or before July 8, 2007; petitioner may seek modification of this scheduling order if further discovery or an evidentiary hearing is necessary before the filing of an amended petition.

DATED: 6/5/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

vu495.sch