IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG VIET VU,

    Petitioner,                        No. CIV S-07-0495 MCE GGH P

    vs.

RICHARD KIRKLAND, et al.,         ORDER

    Respondents.

_____/

        On July 8, 2007, the parties filed a joint scheduling statement.  After reviewing the statement, the court makes the following ORDERS:

        1.  On or before September 10, 2007, petitioner shall file either a statement that he shall stand on the existing petition, an amended petition containing exhausted claims, or an amended petition containing exhausted and unexhausted claims and a request to hold this action in abeyance pending further exhaustion;

        2.  If petitioner elects to proceed on the original petition or on an amended exhausted petition, on or before September 10, 2007, petitioner shall file any requests for an evidentiary hearing and/or discovery;

        3.  If petitioner elects to proceed on the original petition or files an amended exhausted petition, respondent's response is due November 12, 2007; petitioner may file a reply

1

1 within thirty days thereafter; if petitioner files a request to hold this action in abeyance,
2 respondent's response is due thirty days thereafter.
3 DATED: 7/31/07                                    /s/ Gregory G. Hollows
4                                                                 UNITED STATES MAGISTRATE JUDGE
5 vu495.ord