IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG VIET VU,

    Petitioner,                    No. CIV S-07-0495 MCE GGH P

    vs.

RICHARD KIRKLAND, et al.,

    Respondents.              ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 14, 2007, the parties filed a joint scheduling statement. Following review of this statement, the court makes the following ORDERS:

        1. On or before November 19, 2007, petitioner shall file either a statement stating that he will stand on the existing petition, an amended petition containing exhausted claims only, or an amended petition identifying exhausted and unexhausted claims and a request to stay proceedings;

        2. If petitioner files a statement to proceed on the existing petition or an amended petition containing exhausted claims only, respondent's response is due within thirty days thereafter; petitioner may file a reply within thirty days thereafter; if petitioner files a request to

stay, respondent shall file either a statement of non-opposition or opposition within thirty days thereafter; petitioner may file a reply, if appropriate, within ten days thereafter;

      3. If petitioner elects to proceed on the existing petition or files an exhausted petition, any requests by petitioner for discovery or an evidentiary hearing shall be filed on November 19, 2007.

DATED: 10/23/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

vu495.oah