IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG VIET VU,

      Petitioner,                        No. CIV S-07-0495 MCE GGH P

   vs.

RICHARD KIRKLAND, et al.,

      Respondents.                  <u>ORDER TO SHOW CAUSE</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed October 24, 2007, petitioner was ordered to file, on or before November 19, 2007, either a statement stating that he will stand on the existing petition, an amended petition containing exhausted claims only, or an amended petition identifying exhausted and unexhausted claims and a request to stay proceedings. Petitioner has not made any filing in this case. Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order petitioner shall show cause in writing why a filing has not been made in this case.

DATED: 01/10/08

                                      /s/ Gregory G. Hollows

                                      _____
                                      UNITED STATES MAGISTRATE JUDGE

vu0495.osc