IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG VIET VU,

    Petitioner,                      No. CIV S-07-0495 MCE GGH P

    vs.

RICHARD KIRKLAND, et al.,

    Respondents.                 <u>ORDER</u>

_____/

        By order filed October 24, 2007, petitioner was ordered to file, on or before November 19, 2007, either a statement that he would stand on the existing petition, an exhausted amended petition, or an amended petition and a request to stay pending further exhaustion. Petitioner did not respond to the October 24, 2007, order. Accordingly, on January 10, 2008, the court ordered petitioner to show cause why a filing had not been made in this case.

        On January 18, 2008, petitioner filed a response to the show cause order. Good cause appearing, the order to show cause is withdrawn. In the January 18, 2008, pleading petitioner requests forty-five days to file one of the pleadings described in the October 24, 2007, order. Petitioner is granted thirty days.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The January 10, 2008, order to show cause is withdrawn;

2. Within thirty days of the date of this order, petitioner shall comply with the October 24, 2007, order.

DATED: 01/29/08         /s/ Gregory G. Hollows

                        UNITED STATES MAGISTRATE JUDGE

vu495.ord