IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG VIET VU,

    Petitioner,                  No. CIV S-07-0495 MCE GGH P

    vs.

RICHARD KIRKLAND, et al.,

    Respondent.               ORDER

_____/

        On March 3, 2008, petitioner's counsel filed a request for an additional thirty days (30) to file an amended petition. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's March 3, 2008, request for an extension of time (Doc. 19) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file an amended petition. No further requests for extension of time will be granted but for substantial cause.

DATED: 03/11/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
vu0495.111(5)