IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG VIET VU,

    Petitioner,                   No. CIV S-07-0495 MCE GGH P

    vs.

RICHARD KIRKLAND, et al.,

    Respondents.               ORDER

_____/

        On April 11, 2008, petitioner filed an amended petition and a request for a one day extension of time to file this pleading.

        Good cause appearing, IT IS HEREBY ORDERED that petitioner's April 11, 2008, request for extension of time is granted; the amended petition filed April 11, 2008, is deemed timely filed.

DATED: 04/17/08

                              /s/ Gregory G. Hollows
                              _____
                              UNITED STATES MAGISTRATE JUDGE

vu495.am

1