IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HUNG VIET VU,** | CIV S-07-0495 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **RICHARD KIRKLAND, Warden, et al.,** | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Respondents' response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before July 10, 2008.

Dated: 05/14/08

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

vu495.eot(r)

1