IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG VIET VU,

    Petitioner,               No. CIV S-07-0495 MCE GGH P

    vs.

RICHARD KIRKLAND, et al.,

    Respondents.             <u>ORDER</u>

_____/

        By order filed January 7, 2010, the Court of Appeals vacated this court's dismissal of petitioner's amended petition for writ of habeas corpus, and remanded this action for further consideration. The Court of Appeals directs this court to exercise its informed discretion whether to accept the amended petition *nunc pro tunc* to a timely date due to the "clear error"[1] of the magistrate judge in not immediately ordering dismissal of the petition with leave to amend.

        Accordingly, petitioner is hereby directed to file, within fourteen days of the filing date of this order, a memorandum addressing how the court should exercise its discretion, and the reasons which favor such a course of action. There shall be no extensions of time

---

[1] It would appear that the "clear error" attributed to the magistrate judge was his expectation that counsel would review the initially filed petition and the court's direction to file an amended petition, with consideration of the AEDPA limitations consequences of repeatedly asking for extensions of time.

1

1  whatsoever.  Respondent may file a responding memorandum within seven days after the filing
2  of petitioner's memorandum.
3        The determination of how to exercise discretion will be made by the district judge
4  assigned to this case.
5        IT IS SO ORDERED.
6  DATED: January 24, 2010
7                  /s/ Gregory G. Hollows
8                  United States Magistrate Judge