IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG VIET VU,

    Petitioner,                  No. CIV S-07-0495 MCE GGH P

    vs.

RICHARD KIRKLAND, et al.,

    Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding with appointed counsel, has timely filed a notice of appeal of this court's June 25, 2010, dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3). However, a COA may be grounded on a procedural claim which preclude the district court from reaching the merits of the constitutional claims. Jones v. Smith, 231 F.3d 1227, 1232 (9th Cir. 2000).

        A certificate of appealability should be granted for any issue that petitioner can

demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: 1) whether the district court abused its discretion when it dismissed petitioner's petition as untimely; and 2) whether the district court erred in finding petitioner's claims lacked merit and would have dismissed them regardless of the petition being untimely.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

Dated: August 3, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.